

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff,* | SEALED |
| v. | Case No. CR 22-094 RAW |
| CHRISTOPHER CHAD THOMPSON, | |
| *Defendant.* | |

JUN 1 4 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**KIDNAPPING IN INDIAN COUNTRY**
[18 U.S.C. §§ 1201(a)(2), 1151, & 1153]

On or about January 14, 2019, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **CHRISTOPHER CHAD THOMPSON**, an Indian, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for some benefit, J.E., in violation of Title 18, United States Code, Sections 1201(a)(2), 1151, and 1153.

## COUNT TWO

**ASSAULT WITH A DANGEROUS WEAPON
WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY**
[18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about January 14, 2019, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **CHRISTOPHER CHAD THOMPSON**, an Indian, did assault J.E. with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

1

## COUNT THREE

**ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY**
[18 U.S.C. §§ 113(a)(6), 1151, & 1153]

On or about January 14, 2019, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **CHRISTOPHER CHAD THOMPSON**, an Indian, did assault J.E., resulting in serious bodily injury in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

JAMES MONTOYA, TX BAR #24081678
Assistant United States Attorney

2